JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR, | CASE NUMBER |
| PLAINTIFF(S) | CV 17-4269-JGB (JEM) |
| v. | |
| PAUL TANAKA, et al., | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

Brandon Favor _____, plaintiff, attempted to file a pleading in the above-referenced matter.  Attached for your review is a copy of:

☒ Complaint / Petition
☒ Other  Application to Proceed In Forma Pauperis, Motion to Dismiss With Relief Obtaining Counsel

According to court records, plaintiff has been identified as a vexatious litigant who is not permitted to file any pleading without the following:

☐ Bond in the amount of $_____ must be posted with the filing af any new action.
☐ No petition for writ of habeas corpus is to be filed without payment of filing fee and/or written authorization from a U.S. district judge or magistrate judge.
☒ Court order is needed to file a new action.
☒ Court order is needed to file subsequent pleadings.
☐ Written authorization from the Chief Judge is required before filing of any document.
☐ No filings are to be accepted in this case by plaintiff or anyone on his or her behalf.
☐ Other _____

===================================================================================================

IT IS HEREBY ORDERED that plaintiff

☐ may
☒ may not

file the document presented in the above-referenced matter.

June 28, 2017 _____
Date

_____
United States District Judge / Magistrate Judge

NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT
CV-115 (5/99)